TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
NV Bar No. 8264

CYBILL L. DOTSON
Assistant United States Attorney
NV Bar No. 8428
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Cybill.Dotson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY ALLEN STONE III,<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNITED STATES OF AMERICA, and DOES I -X,<br><br>　　　　　Defendant. | Case No.: 3:25-CV-00041<br><br>**ORDER GRANTING STIPULATION TO LIFT STAY AND EXTEND DISCOVERY DEADLINES AFTER LAPSE IN FUNDING**<br><br>**(2nd Request)** |

It is hereby stipulated by and between Plaintiff Gregory Allen Stone III and Defendant United States of America, that the stay of deadlines pursuant to the Court's General Order No. 25-07, in the above-referenced matter is lifted and the discovery deadlines shall be extended as set forth below. This is the second request for an extension of the discovery schedule.

On October 2, 2025, following the lapse in appropriations for the federal government, the Court issued General Order No. 25-07, which imposed a general stay of "all civil actions and civil miscellaneous matters pending in the U.S. District Court for the District of Nevada." *See* Gen. Order 25-07 at 1:14-18. The Court further ordered that "all

filing and discovery deadlines imposed upon the United States, any of its federal agencies, and any of its officers or employees, are extended by the number of days equal to the length (in days) of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days." *Id*. at 1:18-22.

On November 12, 2025, the United States Congress enacted, and the President signed, a continuing resolution restoring appropriations and funding for the Department of Justice. In accordance with General Order No. 25-07, ¶6, the United States Attorney's Office notified the Court on November 12, 2025, that funding had been restored effective November 13, 2025.

Based on the restoration of appropriations and to establish a clear record of the remaining deadlines, the parties stipulate and agree that the discovery deadlines shall be extended as follows:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Completion of discovery | February 16, 2026 | **June 16, 2026** |
| Amending pleadings and adding parties | November 17, 2025 | **March 17, 2026** |
| Initial expert disclosures | November 17, 2025 | **March 17, 2026** |
| Rebuttal expert disclosures | December 17, 2025 | **April 16, 2026** |
| Dispositive motions | March 18, 2026 | **July 16, 2026** |
| Joint Pretrial Order | April 17, 2026 | **August 17, 2026**[1] |

---

[1] August 15, 2026 is a Saturday. If dispositive motions are filed, the joint pretrial order is due thirty days following an order on dispositive motions.

2

This request for an extension of time is not sought for any improper purpose including delay. This is the first request for an extension of discovery deadlines in this matter.

Respectfully submitted this 17th day of November 2025.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

 /s/ Cybill L. Dotson
CYBILL L. DOTSON
Assistant United States Attorney
*Attorney for Defendants*

JENSEN PERSONAL INJURY LAW

/s/ Cody M. Oldham
CODY M. OLDHAM, ESQ
*Attorney for Plaintiff*

**IT IS SO ORDERED:**

Dated: November 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE

3