ROBERT R. JENSEN
NSB No. 2558
CODY M. OLDHAM
NSB No. 14594
JENSEN PERSONAL INJURY LAW, LLC
203 S. Arlington Avenue
Reno, Nevada 89501
Tel: 775.333.7555
Fax: 775.323.4993
E-mail: bob@jenseninjurylawyers.com
E-mail: cody@jenseninjurylawyers.com
*Attorneys for Plaintiff Gregory Allen Stone, III*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY ALLEN STONE III,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA;<br>and DOES I-X<br><br>Defendant. | Case No.: 3:25-cv-00041<br><br>**ORDER GRANTING AMENDED STIPULATION TO EXTEND ALL DISCLOSURE AND DISCOVERY DEADLINES (Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, Cody M. Oldham, Esq., of Jensen Personal Injury Law, LLC., and Marilyn E. Gartley, Esq., of the United States Attorney's Office- District of Nevada, that all disclosure and discovery deadlines be continued 90 days past the current dates.

**A. DISCOVERY COMPLETED TO DATE**

The parties have conducted the following discovery to date:

1. Plaintiff has made his initial disclosure of witnesses and documents;

2. Defendant has made its initial disclosure of witnesses and documents;

3. Plaintiff has propounded written discovery;

4. Defendant has served Notice of Issuance of Subpoenas;

5. Plaintiff has taken the deposition of Michael Czerweinsky (driver for defendant);

1

6. Plaintiff has taken the deposition of William Reed;

7. Plaintiff has responded to written discovery propounded by Defendant; and

8. Defendant has responded to written discovery propounded by Plaintiff.

**B. DISCOVERY TO BE COMPLETED**

1. Deposition of Plaintiff;

2. 30(b)(6) Deposition of the United States Postal Service;

4. Disclosure of experts;

5. Depositions of experts;

6. Rule 35 Medical Examination; and

7. Any additional discovery deemed necessary;

**C. REASON FOR REQUESTED EXTENSION**

The parties have exchanged hundreds of documents, have both responded to written discovery, and some depositions have been taken. Also, a new attorney has been assigned to represent the Defendant, and needs more time to familiarize themselves with the details of this matter.

The parties anticipate conducting the aforementioned discovery, and based on the parties' discovery practices, it is necessary to extend the time for all disclosure and discovery deadlines. The parties also anticipate that expert witnesses will be required to assist in analyzing the merits of Plaintiff's claims against the Defendant. The current disclosure and discovery deadlines are insufficient time to complete the remaining discovery, including the production of expert reports. The parties now jointly request an extension for all disclosure and discovery deadlines. The continuance is not sought for the purposes of delay or any other untoward purpose. This is the third continuance sought.

///

///

///

///

2

**D. PROPOSED NEW DEADLINES**

| Deadline | Original Date | Proposed Date |
|---|---|---|
| Amend Pleadings/Add Parties | 03/17/2026 | 06/15/2026 |
| Close of Discovery | 06/16/2026 | 09/14/2026 |
| Initial Expert Disclosures | 03/17/2026 | 06/15/2026 |
| Rebuttal Expert Disclosures | 04/16/2026 | 07/15/2026 |
| Dispositive Motions | 07/16/2026 | 10/14/2026 |
| Joint Pretrial Order (if no dispositive motions have been filed) | 08/17/2026 | 11/16/2026 |

DATED this 11th day of February, 2026.

JENSEN PERSONAL INJURY LAW

/s/ Cody M. Oldham

CODY M. OLDHAM, ESQ.
ROBERT R. JENSEN, ESQ.
203 S. Arlington Ave.
Reno, Nevada 89501
*Attorneys for Plaintiff*

U.S. ATTORNEY'S OFFICE

/s/ Marilyn E. Gartley

MARILYN E. GARTLEY, ESQ.
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for Defendant*

IT IS SO ORDERED.

DATED this __13th__ day of __February__, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3